# THE JACOB D. FUCHSBERG LAW FIRM, LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TEL: 212.869.3500
FAX: 212.398.1532

WWW.FUCHSBERG.COM

JACOB D. FUCHSBERG
(1913-1995)

ALAN L. FUCHSBERG
LESLIE D. KELMACHTER
BRADLEY S. ZIMMERMAN*
ALFRED L. ODOM

ANDREW S. BUZIN
ROBERT F. GARNSEY
KEITH H. GROSS
LESLIE L. LEWIS
JAMES S. PAGLINAWAN

*ALSO ADMITTED IN NEW JERSEY

ROSALIND FUCHSBERG KAUFMAN
SENIOR COUNSEL

JILL L. BROOKS
AMIE GARTENBERG*
MELVIN C. HARTMAN
THOMAS S. HOWARD*
OF COUNSEL

NEW JERSEY MAILING ADDRESS
TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: 800 204-4030

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2008
```

February 26, 2008

Judge Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Diamond et al v. American Bicycle Group LLC et al
    Index No. 1:07 cv 8609

Dear Judge Crotty,

This letter is written in compliance with your Order of February 21, 2008, directing "plaintiff's counsel to communicate with the court, in writing, as to why plaintiff has failed to serve the summons and complaint within 120 days as prescribed by Rule 4(m) of the Federal Rules of Civil Procedure..." Please be advised that plaintiff has not served defendant in this action because defendant has retained other counsel who has elected to proceed with a state court action. I have been instructed to discontinue this federal action.

Accordingly, it is respectfully requested that pursuant to Rule 4(m) the court dismiss the action without prejudice against defendants. Please accept my apology for not notifying the court sooner.

Respectfully submitted,

Alan L. Fuchsberg

*The Clerk of Court shall close this case!*

**SO ORDERED:** FEB 2 7 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE